United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **RANBIR SINGH,** | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00428 |
| | § | |
| **ORLANDO PEREZ,** *et al.,* | § | |
| Respondents | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 6).

The Court **ORDERS** Petitioner to file supplemental briefing **by May 14, 2026,** replying to Respondents' arguments about the burden of proof in a bond hearing, (Dkt. No. 10), and supporting his argument with legal authority.

It is so **ORDERED**.

**SIGNED** on May 7, 2026.

_____
John A. Kazen
United States District Judge